Anton J. Cermak, appellee, v. Habel, Armbruster & Larson Company and A. M. Blum, appellants. Gen. No. 25,747.

Action on a replevin bond. Judgment in debt for amount of bond, to be discharged on payment of the damages. Appeal from the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Blum, Wolfsohn & Blum, for appellants. Charles Hudson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Duncan Hines, plaintiff in error, v. Braithwaite-Weinberg Company, defendant in error. Gen. No. 25,783.

Action on a promissory note against the maker and guarantor. Judgment on default against the maker. Judgment in favor of defendant guarantor. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

Herbert R. Lloyd and P. R. Boylan, for plaintiff in error. Adler, Lederer & Beck, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. David Earsman, plaintiff in error. Gen. No. 25,811.

Conviction for carrying concealed weapons without a permit. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 18, 1921.

W. W. O'Brien, Thomas Mercer and Charles P. R. Macaulay, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Tom Togias and Constantine Maggos, trading as Togias & Maggos, appellees, v. Constantine Geanakakos and Gregorie alias Antonios Geanakakos, trading as Geanakakos Brothers, appellants. Gen. No. 25,866.

Suit for balance due on account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed with damages. Opinion filed June 18, 1921.

George A. Kyriakopulos, for appellants. A. A. Pantelis, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Gordon-Clark Hardware Company, appellant, v. Robert J. McLaughlin, trading as Azby Company, appellee. Gen. No. 25,915.

Suit for labor performed and for materials furnished. Judgment for defendant on a set-off for electric light furnished to plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 18, 1921.

Martin C. Loeff, for appellant. Lester C. Childs, for appellee; Walter A. Rooney, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pauline Thomas, appellee, v. The Erwin Greer Automobile Company et al., on appeal of Erwin Greer Automobile Company, appellant. Gen. No. 25,969.**

Suit for damages for personal injuries resulting from being struck by an automobile while being operated by the owner under instruction of defendant's instructor. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Stedman, Soelke & Johnson, for appellant. Finn & Miller, for appellee; William M. Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pearl C. Friend, appellee, v. George Renneker, appellant. Gen. No. 25,373.**

Action for damage to plaintiff's automobile by collision with that of defendant's. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with a finding of fact. Taylor, J., dissenting. Opinion filed June 18, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant. Schuyler & Weinfeld, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Sdruzeni Cesko Slovanskych, Katolickych Kadetu, etc., appellee, v. Cyril Jurecka et al., on appeal of James F. Stepina, appellant. Gen. No. 25,418.**

Action against the surety on the bond given to secure performance of a contract to produce certain models and statuary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. Kraus, Goodwin & Rickard, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Equitable Securities Company et al. (complainants), v. Midland Casualty Company (defendant).**

**In re petition of Charles A. White, appellee, v. Equitable Securities Company et al., appellants. Gen. No. 25,476.**

Proceedings for voluntary dissolution of a solvent insurance corporation. Petition for allowance of damages resulting from breach by the corporation of a contract with petitioner for the sale of insurance policies. Decree entered allowing damages. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921. *Certiorari* denied by Supreme Court (making opinion final).